## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| PHILIP KAMINSKY, )<br>)<br>    Plaintiff, )<br>) CIVIL ACTION NO.: 2:15-cv-174<br>v. )<br>)<br>OAK POINT ASSOCIATES, )<br>)<br>    Defendant ) | |

## STIPULATION OF DISMISSAL

NOW COME all parties and stipulate and agree that all claims, cross-claims, counterclaims, or other claims of whatsoever kind or nature by and between the parties are dismissed with prejudice and without costs.

DATE:  5/4/16                                  /s/ Chad T. Hansen
                                                         Chad T. Hansen, Esq. (Bar No. 9489)
                                                         Attorney for Plaintiff Philip Kaminsky


DATE:  5/4/16                                  /s/ James M. Bowie
                                                         James M. Bowie, Esq. (Bar No. 185)
                                                         Attorney for Defendant Oak Point Associates

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2016, I electronically filed the Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Chad T. Hansen, Esq.
Maine Employee Rights Group
92 Exchange Street, 2nd Floor
Portland, ME  04101

/s/ James M. Bowie
James M. Bowie, Esq. (Bar No. 185)
Attorney for Defendant Oak Point Associates

**THOMPSON & BOWIE, LLP**
Three Canal Plaza
P. O. Box 4630
Portland, ME  04112
(207) 774-2500